(121 So. 699)

**Louis VINTSON v. STATE.** (6 Div. 334.)

Supreme Court of Alabama. April 11, 1929.

J. M. Pennington, of Jasper, and L. H. Pou, of Mobile, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

BOULDIN, J. Petition of Louis Vintson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Vintson v. State, 121 So. 698.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.